In the Matter of the Claim of VADIM TAKSER, Appellant. NEW YORK COMPENSATION INSURANCE RATING BOARD, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted August 3, 2009; decided October 15, 2009

Reported below, 63 AD3d 1478.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of TASHA M., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; TRACY G.-O., Appellant, et al., Respondent.

Submitted August 3, 2009; decided October 15, 2009

Reported below, 63 AD3d 1628.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of TRANSITIONAL SERVICES OF NEW YORK FOR LONG ISLAND, INC., Respondent-Appellant, v NEW YORK STATE OFFICE OF MENTAL HEALTH et al., Appellants-Respondents.

Submitted August 24, 2009; decided October 15, 2009

Reported below, 44 AD3d 673.

Motion to dismiss the cross appeal by petitioner herein granted, without costs, and cross appeal dismissed as moot.